**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

> **RE:   Christopher BURGESS
> Docket Number:   2:04CR00032-02
> PERMISSION TO TRAVEL
> OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Cancun, Mexico and Equador.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 8, 2005, the releasee was sentenced for the offenses of 18 USC § 371, 1030(a)(5)(A)(i) and (B)(i) - Conspiracy to Commit Computer Intrusion, and 18 USC § 1030(a)(5)(A)(i) and (B)(i) - Computer Intrusion.

**Sentence imposed:**  3 months custody Bureau of Prisons; 3 years Supervised Release; $29,000 restitution (equally proportioned with co-defendant for total of $14,500) - paid in full; $100 special assessment - paid in full; Mandatory drug testing.  **Special conditions**: Search; Financial restrictions and disclosure; DNA testing.

**Dates and Mode of Travel:**  The releasee plans to travel in Summer and Fall 2006.

**Purpose:**  The releasee is in the process of securing dates and addresses of travel.  His family owns a condominium in Cancun, Mexico, and his mother resides in Equador.  It is also requested that the Court allow the releasee to continue to travel to these locations during the period of supervision, as long as he remains in compliance with conditions of Supervised Release.

Rev. 03/2005
TRAVELOC.MRG

**RE:   Christopher BURGESS**
**      Docket Number:   2:04CR00032-02**
**      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


                         Respectfully Submitted,


                         /s/ Dayna D. Ward


                         **DAYNA D. WARD**
                         **United States Probation Officer**


**DATED:**      February 14, 2006
               Roseville, California
               :ddw/cd


**REVIEWED BY:**      _____/s/ Richard A. Ertola_____
                      **RICHARD A. ERTOLA**
                      **Supervising United States Probation Officer**

_____

**ORDER OF THE COURT:**

Approved _____X_____      Disapproved _____


Dated:  February 21, 2006


                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge

Rev. 03/2005
TRAVELOC.MRG