PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.    )<br>)<br>**Christopher BURGESS**    )<br>) | **Docket Number:  2:04CR00032-02** |

On April 8, 2005, the above-named was placed on Supervised Release for a period of 3 years, which commenced on September 6, 2005.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:    August 17, 2007
    Roseville, California
    ddw:cd

**REVIEWED BY:**    /s/ Richard A. Ertola
**RICHARD A. ERTOLA
Supervising United States Probation Officer**

**Re:     Christopher BURGESS**
**        Docket Number:   2:04CR00032-02**
**        ORDER TERMINATING SUPERVISED RELEASE**
**        <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  September 11, 2007

```
                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office