1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Cr.S. 04-0032-GEB
            Plaintiff,         )
                               )   **PROPOSED ORDER TO RELEASE**
     v.                        )   **PASSPORT**
                               )
CHRISTOPHER BURGESS,           )
                               )
            Defendant.         )
                               )
_____)

    On January 18, 2008, defendant Christopher Burgess contacted the Federal Defender's office concerning the return of his passport. Mr. Burgess had attempted to retrieve his passport directly from the Court but was told he needed an order to release it.

    On January 28, 2004, Mr. Burgess deposited his passport (receipt #055498128) with the Court as a condition of his release on bond. On November 19, 2004, the defendant pled guilty. He was sentenced by this Court on April 11, 2005 to 3 months imprisonment with a surrender date of June 8, 2005. He has completed that sentence. His supervised release was terminated early by the Court on September 13, 2007. Mr. Burgess requests the return of his passport by mail to 9101 Castlebar

Way, Sacramento, CA 95826.  Mr. Burgess's telephone number is 916-213-5687.

A proposed order follows for the Court's convenience.

Dated:  January 24, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                  RACHELLE BARBOUR
                                  _____
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender

## O R D E R

The Clerk of the Court for the Eastern District of California is ordered to release Mr. Burgess' passport by mail forthwith.

Dated:  January 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge